# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

2 March 2010

138959
138969(149)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

TOD KEVIN HOUTHOOFD a/k/a TODD
KEVIN HOUTHOOFD,
      Defendant-Appellee.

SC: 138959
COA: 269505
Saginaw CC: 02-021097-FH
             04-024765-FH
             05-025865-FH

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TOD KEVIN HOUTHOOFD a/k/a TODD
KEVIN HOUTHOOFD,
      Defendant-Appellant.

SC: 138969
COA: 269505
Saginaw CC: 02-021097-FH
             04-024765-FH
             05-025865-FH

_____

On order of the Chief Justice, the motion by defendant for leave to file a supplemental brief is considered and it is GRANTED. The responsive submission by the prosecution will also be considered.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

_____
Clerk